THOMAS REGIONO v. ADAMS, HOPKINS & ASSOCIATES.

July 10, 1985.

Petition for certification denied. (See —— *N.J.Super.* ——)

STATE OF NEW JERSEY v. ROBERT P. O'LEARY.

July 10, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. OTTAVIO NOVEMBRINO.

July 10, 1985.

Leave to appeal is granted.

MARGARET MURRAY v. BARNAGET LIGHTHOUSE AND STATE OF NEW JERSEY.

July 10, 1985.

Leave to appeal granted.